UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 5:21-MJ-00025 JLT |
| | ) | |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| ALEJANDRO RODOLFO | ) | |
| MARTINEZ, | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1.     Timothy P. Hennessy is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to May 17, 2021. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  __May 19, 2021__          __/s/ Jennifer L. Thurston__
                                    CHIEF UNITED STATES MAGISTRATE JUDGE